**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Benjamin Gonzales Rodriquez

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Benjamin Gonzales Rodriquez,<br><br>Defendant | No. 12 - CR – 0117 - GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**DATE: June 29, 2012**<br>**TIME: 9:00 a.m.**<br>**JUDGE: Hon. Garland E. Burrell, Jr.** |

IT IS HEREBY STIPULATED by and between Assistant United State Attorney Jason Hitt, counsel for the plaintiff, United States of America, and defendant, Benjamin Gonzales Rodriquez, by and through his counsel, Jan David Karowsky, Esq., that the status conference currently set for June 29, 2012 at 9:00 a.m. be continued to October 5, 2012.

At the status conference held in this matter on April 20, 2012, at the request of the defense, the Court ordered the Probation Department to prepare a Pre-Plea Report and continued the Status Conference to June 29, 2012 for the receipt of that report.

We have contacted the Probation Officer who has indicated she can get the Pre-Plea Report to us by July 13, 2012. Further, because of additional work to be done in preparation for defendant's sentencing memorandum and because of both counsels' summer plans, it is stipulated and agreed that the matter be continued to October 5, 2012 for further status conference. On that date it is anticipated the defendant would enter of plea of guilty to the pending Information and be sentenced on the same day.

Therefore, in order to effectively and appropriately represent all respective interests, both counsel stipulate and agree to the following disclosure schedule; stipulate and agree that the defendant may enter his guilty plea to the pending Information and be sentenced on the same date; and continue this matter to October 5, 2012 for further status conference, entry of plea and sentencing:

| | |
|---|---|
| Judgment and sentencing date: | October 5, 2012 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | September 28, 2012 (1 week before sentencing) |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | September 21, 2012 (2 weeks before sentencing) |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 7, 2012 (4 weeks before sentencing) |
| The proposed Pre-Plea Report shall be disclosed to counsel no later than: | July 13, 2012 |

1     The parties stipulate that the ends of justice are served by the Court excluding time from June 29, 2012 to October 5, 2012, so that counsel for the defendant may have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (7) (b) (iv).

    For the above reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (A); Local Code T4.

**IT IS SO STIPULATED.**

DATED:     June 27, 2012                  BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       /s/ Jason Hitt, Esq. by
                                                       by Jan David Karowsky w/
                                                       Mr. Hitt's's approval

                          by

                                                       Jason Hitt
                                                       Assistant U.S. Attorney
                                                       by Jan David Karowsky

DATED:     June 27, 2012                  JAN DAVID KAROWSKY
                                                       Attorney at Law
                                                       A Professional Corporation

                                                       /s/ Jan David Karowsky, Esq.

                          by

                                                       JAN DAVID KAROWSKY
                                                       Attorney for Defendant
                                                       Benjamin Gonzales Rodriquez

# **ORDER**

The status conference is continued to October 5, 2012. For the reasons recited above, the Court adopts the stipulations of the parties; adopts the proposed disclosure schedule and finds that the ends of justice to be served by a continuance and the stipulations of the parties outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 5, 2012.

**IT IS SO ORDERED.**

**Date: 6/27/2012**

GARLAND E. BURRELL, JR.
United States District Judge