**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Benjamin Gonzales Rodriquez

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Benjamin Gonzales Rodriquez,<br><br>  Defendant | No. 12 - CR – 0117 - GEB<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  October 5, 2012<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

## ORDER

The status conference is continued to January 11, 2013. For the reasons recited in the filed stipulation of the parties, the Court adopts the stipulations of the parties; adopts the proposed disclosure schedule and finds that the ends of justice to be served by a continuance and the stipulations of the parties outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 11, 2013.

IT IS SO ORDERED.

Date: <u>10/3/2012</u>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge